473 A.2d 651

Commonwealth v. Rainey, Appellant.

Submitted September 9, 1983.   Steven M. Dranoff, for appellant;   Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, CAVANAUGH and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.